## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RICHARD YOUNG,<br><br>      Petitioner,<br><br>      v.<br><br>RANDY GROUNDS, Warden,<br><br>      Respondent. | No. ED CV 12-01747-VBF-DFM<br><br>**Order Accepting Findings and Recommendation of United States Magistrate Judge** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the Magistrate Judge's findings and recommendation.

     IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATED: August 13, 2014

*/s/ Valerie Baker Fairbank*
         VALERIE BAKER FAIRBANK
         UNITED STATES DISTRICT JUDGE