# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH RICHARD YOUNG,** | NO. ED CV 12-01747-VBF-DFM |
| **Petitioner,** | |
| v. | JUDGMENT |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED:       August 13, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE